%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

Conservation Law Foundation

V.

Matthew J. Amorello, in his official capacity as Chairman of the Massachusetts Turnpike Authority

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-10487 NG**

TO: (Name and address of Defendant)

Massachusetts Turnpike Authority
10 Park Plaza, Suite 4160
Boston, MA 02116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Shelley and Carrie Schneider
Conservation Law Foundation
62 Summer Street
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

3-14-05

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | | |
|---|---|---|
| **RETURN OF SERVICE** | | |
| Service of the Summons and complaint was made by me[1] | DATE 3/14/05 | |
| NAME OF SERVER *(PRINT)* Toni Machowsky | TITLE | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   10 Park Plaza, Ste 4160, left with receptionist

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/14/05
             *Date*                    *Signature of Server*

9 Revere St Boston MA 02114
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.