UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC,   ) | |
|   ) | |
| Plaintiff   ) | |
|   ) | |
| v.   ) | C.A. NO. 05-10487 NG |
|   ) | |
| MITT ROMNEY, ET AL.   ) | |
|   ) | |
| Defendants   ) | |

MOTION OF MASSACHUSETTS TURNPIKE AUTHORITY
FOR ADDITIONAL TIME TO ANSWER

The defendant Mathew J. Amorello, in his official capacity as chairman of the Massachusetts Turnpike Authority, moves that the time for answering or otherwise responding to the complaint be extended until April 15, 2005.

As grounds for its motion, the Turnpike Authority says that it needs additional time to confer with counsel and review documents relevant to the complaint.

The attorney for the plaintiff Conservation Law Foundation, Peter Shelley, has assented to the requested extension of time.

MASSACHUSETTS TURNPIKE AUTHORITY

Timothy J. Dacey
BBO No. 111800
Goulston & Storrs
A Professional Corporation
400 Atlantic Avenue
Boston, MA 02110
617-482-1776

March 24, 2005

<u>Local Rule 7.1(A)(2) Certification</u>

I certify that on March 24, 2005, I conferred with the attorney for the plaintiff,

Peter Shelley, and that Mr. Shelley assented to the relief requested by this motion.

_____
Timothy J. Dacey

**CERTIFICATION OF SERVICE**
I hereby certify that a true copy of the above
document was served upon the attorney of record
for each ~~other~~ party by mail ~~(by hand)~~ on _3/24/05_

_____

-2-