UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CONSERVATION LAW FOUNDATION, INC.,**<br><br>                    **Plaintiff,**<br><br>     v.<br><br>**MITT ROMNEY, in his official capacity as GOVERNOR OF MASSACHUSETTS, et al.,**<br><br>                    **Defendants.** | **C.A. No. 05-10487-NG** |

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of Pierce O. Cray, Assistant Attorney General, as counsel for the defendants Mitt Romney, in his official capacity as Governor of Massachusetts; Douglas I. Foy, in his official capacity as Secretary of the Office for Commonwealth Development and Chairman of the Commonwealth Development Coordinating Council; Daniel Grabauskas, in his official capacity as Secretary of the Executive Office of Transportation;[1] John Cogliano, in his official capacity as Commissioner of the Massachusetts Highway Department; and Robert W. Golledge, in his official capacity as Commissioner of the Department of Environmental Protection.

---

[1] The plaintiff has also named as a defendant Daniel Grabauskas, in his official capacity as Chairman of the Massachusetts Bay Transportation Authority. In that separate official capacity, Mr. Grabauskas is represented by separate counsel.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Pierce O. Cray                    .
Pierce O. Cray, BBO # 104630
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2619
pierce.cray@ago.state.ma.us

**Date:  March 30, 2005**