**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CONSERVATION LAW
FOUNDATION, INC.,

                    **Plaintiff,**

        v.                                                C.A. No. 05-10487-NG

MITT ROMNEY, in his official
capacity as GOVERNOR OF
MASSACHUSETTS, et al.,

                    **Defendants.**

**ASSENTED-TO MOTION TO ENLARGE TIME TO**
**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The defendants Mitt Romney, in his official capacity as Governor of Massachusetts;

Douglas I. Foy, in his official capacity as Secretary of the Office for Commonwealth

Development and Chairman of the Commonwealth Development Coordinating Council; Daniel

Grabauskas, in his official capacity as Secretary of the Executive Office of Transportation;[1] John

Cogliano, in his official capacity as Commissioner of the Massachusetts Highway Department;

and Robert W. Golledge, in his official capacity as Commissioner of the Department of

Environmental Protection ("State Defendants") respectfully move for a brief enlargement of

time, up to and including April 15, 2005, to serve an answer or other responsive pleading to

plaintiff's complaint.  A response is currently due on or about April 4, 2005.  In support of this

---

[1]     The plaintiff has also named as a defendant Daniel Grabauskas, in his official capacity as
Chairman of the Massachusetts Bay Transportation Authority.  In that separate official capacity,
Mr. Grabauskas is represented by separate counsel.

motion, the State Defendants assert that, due to the press of other matters being handled by their

counsel (including an argument by their lead counsel before the Massachusetts Appeals Court on

the current due date, April 4, 2005), the State Defendants require additional time to respond to

the lengthy allegations in plaintiff's 20-count complaint.  Plaintiff has assented to the requested

enlargement of time.

For the foregoing reasons, the State Defendants respectfully request that the Court

enlarge their time for serving an answer or other responsive pleading in this matter up to, and

including, April 15, 2005.

> Respectfully submitted,
>
> THOMAS F. REILLY
> ATTORNEY GENERAL
>
> /s/ David Hadas_____.
> Pierce O. Cray, BBO # 104630
> David Hadas, BBO # 641294
> Assistant Attorneys General
> Government Bureau
> One Ashburton Place, Room 2019
> Boston, Massachusetts 02108
> (617) 727-2200, ext. 2619
> pierce.cray@ago.state.ma.us
> david.hadas@ago.state.ma.us
>
> -AND-
>
> William L. Pardee, BBO # 389070
> Assistant Attorney General
> Environmental Protection Division
> One Ashburton Place, Room 1813
> Boston, Massachusetts 02108
> (617) 727-2200, ext. 2419
> bill.pardee@ago.state.ma.us

**Date:  March 30, 2005**

<u>LOCAL RULE 7.1(A)(2) CERTIFICATION</u>

Pursuant to Local Rule 7.1(A)(2), I certify that I have conferred with counsel for the plaintiff and that he has assented to the requested enlargement of time.

/s/ Pierce O. Cray          .
Pierce O. Cray

3