UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>MITT ROMNEY, in his official capacity as )<br>GOVERNOR OF MASSACHUSETTS, et al., )<br>  )<br>Defendants. )<br>  ) | C.A. No.  05-10487/NG |

**UNOPPOSED MOTION OF MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY AND MICHAEL H. MULHERN FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants Massachusetts Bay Transportation Authority (the "MBTA") and Michael H. Mulhern, in his official capacity as General Manager of the MBTA (collectively the "Defendants"), hereby move for the Court to extend the time for them to answer or otherwise respond to Plaintiff's Complaint from April 4, 2005 to and through April 15, 2005. The Defendants file herewith a supporting memorandum. Plaintiff has indicated that it has no objection to this motion.

Respectfully submitted,

MASSACHUSETTS BAY TRANSPORTATION
AUTHORITY and MICHAEL H. MULHERN

By their attorneys,

/s/ Randall Kromm
Dean Richlin (BBO# 419200)
Randall Kromm (BBO #640940)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02109
(617) 832-1000
Date: March 31, 2005                    (617) 832-7000 (fax)


B3013381.1