UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MITT ROMNEY, in his official capacity as ) <br> GOVERNOR OF MASSACHUSETTS, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-10487 NG |

### NOTICE OF APPEARANCE OF GARY M. RONAN

Please enter my appearance in the above-captioned matter as counsel for defendants the **Massachusetts Turnpike Authority** and **Matthew J. Amorello**, in his official capacity as Chairman of the Massachusetts Turnpike Authority.

/s/ Gary M. Ronan
Gary M. Ronan (BBO #653899)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
phone: 617-482-1776
fax: 617-574-4112
gronan@goulstonstorrs.com

Dated: April 22, 2005

## CERTIFICATE OF SERVICE

I, Gary M. Ronan, certify that I caused a courtesy copy of the above document to be served on each of the following counsel on April 22, 2005 by first class mail:

| | |
|---|---|
| For Plaintiff Conservation Law Foundation, Inc.: | Carrier B. Schneider, Esq.<br>Conservation Law Foundation, Inc.<br>62 Summer Street<br>Boston, MA 02110<br><br>Peter Shelley, Esq.<br>Conservation Law Foundation, Inc.<br>62 Summer Street<br>Boston, MA 02110 |
| For Defendants Mitt Romney, Douglas I. Foy, Daniel Grabauskas, John Cogliano, and Robert W. Golledge: | Pierce O. Cray, Esq.<br>Attorney General's Office<br>One Ashburton Place<br>Boston, MA 02108-1698<br><br>David Hadas, Esq.<br>Attorney General's Office<br>One Ashburton Place<br>McCormack Building, 20th Floor<br>Boston, MA 02108-1598<br><br>William L. Pardee, Esq.<br>Attorney General's Office<br>One Ashburton Place, Rm. 1813<br>Boston, MA 02108 |
| For Defendants Massachusetts Bay Transportation Authority and Michael Mulhern: | Randall E. Kromm, Esq.<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br><br>Dean Richlin, Esq.<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600 |

/s/ Gary M. Ronan
Gary M. Ronan