UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MITT ROMNEY, in his official capacity as )<br>GOVERNOR OF MASSACHUSETTS, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-10487 NG |

**UNOPPOSED MOTION OF CONSERVATION LAW FOUNDATION FOR LEAVE TO FILE EXCESS PAGES FOR MEMORANDUM**

Plaintiff Conservation Law Foundation ("CLF") hereby moves for leave to file excess pages for Plaintiff's opposition to Defendants' motion to dismiss. As grounds for this motion, counsel states:

1. The three moving parties have separately filed memoranda in support of their partial motions to dismiss cumulatively totaling 35 pages.

2. CLF intends to file a consolidated opposition to these dispositive motions.

3. Adequate treatment of the issues raised by the moving parties in their dispositive motion would benefit from enlargement of the page limit.

4. Defendants have been consulted and do not oppose this motion.

WHEREFORE, Counsel respectfully requests leave of the Court to file an opposition to Defendants' motion not exceeding 35 pages.

-2-

        Respectfully submitted,

        CONSERVATION LAW FOUNDATION

        By its attorneys,

        /s/ Carrie Schneider_____
        Carrie Schneider (BBO # 660442)
        Peter Shelley (BBO # 544334)
        CONSERVATION LAW FOUNDATION
        62 Summer Street
        Boston, MA 02110-1016
        phone: 617-350-0990
        fax: 617-350-4030
        cschneider@clf.org
        pshelley@clf.org

Dated: May 5, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    I, Peter Shelley, hereby certify that on May 5, 2005, I conferred with counsel for the Defendants, in a good faith attempt to resolve or narrow the issues raised by this motion and that Counsel for the Defendants do not object to this motion.

        /s/ Peter Shelley_____
        Peter Shelley