UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MITT ROMNEY, in his official capacity as ) <br> GOVERNOR OF MASSACHUSETTS, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 05-10487/NG |

**CORPORATE DISCLOSURE STATEMENT
OF CONSERVATION LAW FOUNDATION, INC.**

This Corporate Disclosure Statement is submitted pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts.

Conservation Law Foundation, Inc. is a private corporation, incorporated under the laws of the Commonwealth of Massachusetts, and is operated as a not-for-profit corporation pursuant to § 501(c)(3) of the Internal Revenue Code. Conservation Law Foundation, Inc., does not have a parent corporation and, as CLF does not issue stock, no publicly held company owns more than 10% of its stock.

    Respectfully submitted,

    CONSERVATION LAW FOUNDATION, INC.
    By its Attorney,


    /s/ Carrie Schneider
    Carrie Schneider (BBO # 660442)
    Conservation Law Foundation
    62 Summer Street
    Boston, MA 02110
    (617) 850-1754
    cschneider@clf.org

DATED: May 5, 2005