UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MITT ROMNEY, in his official capacity as )<br>GOVERNOR OF MASSACHUSETTS, et al., )<br>)<br>Defendants. )<br>) | C.A. No. 05-10487/NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Elisabeth M. DeLisle of the law firm of Foley Hoag LLP as counsel of record for Defendants, Massachusetts Bay Transportation Authority (the "MBTA") and its General Manager, Michael H. Mulhern (collectively, the "MBTA Defendants") in the above-captioned matter.

Respectfully submitted,

/s/Elisabeth M. DeLisle
Elisabeth M. DeLisle (BBO #658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 832-1000
edelisle@foleyhoag.com

DATED: December 23, 2005.

B3140287.1