UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CONSERVATION LAW FOUNDATION, INC.,**<br><br>**Plaintiff,**<br>v.<br><br>**MITT ROMNEY, in his official capacity as GOVERNOR OF MASSACHUSETTS, et al.,**<br><br>**Defendants.** | C.A. No. 05-10487-NG |

**ASSENTED-TO MOTION TO CONTINUE
MAY 2, 2006 SCHEDULING CONFERENCE**

The State Defendants[1] respectfully move for at least a two-week continuance of the Scheduling Conference (and all related deadlines) which is presently scheduled for May 2, 2006. In support of this motion, the State Defendants state that their lead counsel's 92-year old mother was hospitalized yesterday, and that he anticipates being out of work for a significant number of days as a result. All parties have assented to the requested continuance.

For the foregoing reasons, the State Defendants respectfully request that the Court continue the Scheduling Conference (and all related deadlines) for at least two weeks. The undersigned counsel has been informed that all counsel are available on the following dates:

---

[1] The State Defendants are the following state officials, sued in their official capacities: the Governor of Massachusetts; the Secretary of the Office for Commonwealth Development; the Chairman of the Commonwealth Development Coordinating Council; the Secretary of the Executive Office of Transportation; the Commissioner of the Massachusetts Highway Department; and the Commissioner of the Department of Environmental Protection.

May 17 (except after 3:00 p.m.);  May 18;  May 19;  May 22 (except before 10:00 a.m. or after 4:00 p.m.);  May 24;  May 25; and May 26.

                                          Respectfully submitted,

                                          THOMAS F. REILLY
                                          ATTORNEY GENERAL

                                          /s/ David Hadas
                                          Pierce O. Cray, BBO # 104630
                                          David Hadas, BBO # 641294
                                          Assistant Attorneys General
                                          Government Bureau
                                          One Ashburton Place, Room 2019
                                          Boston, Massachusetts 02108
                                          (617) 727-2200, ext. 2619
                                          pierce.cray@ago.state.ma.us
                                          david.hadas@ago.state.ma.us

                                          -AND-

                                          William L. Pardee, BBO # 389070
                                          Assistant Attorney General
                                          Environmental Protection Division
                                          One Ashburton Place, Room 1813
                                          Boston, Massachusetts 02108
                                          (617) 727-2200, ext. 2419
**Date:  April 11, 2006**                     bill.pardee@ago.state.ma.us

LOCAL RULE 7.1(A)(2) CERTIFICATION

    Pursuant to Local Rule 7.1(A)(2), I certify that I have conferred with counsel for all parties and they have each assented to the requested continuance.

                                                /s/ David Hadas
                                                David Hadas