UNITED STATES DISTICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br> v. <br><br> MITT ROMNEY, in his official Capacity as GOVERNOR OF MASSACHUSETTS, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 05-10487-NG |

NOTICE OF APPEARANCE

Please enter on the docket the appearance of Eloise P. Lawrence, staff attorney, as counsel for the plaintiff Conservation Law Foundation, Inc.

                                       Respectfully submitted,

                                       Peter Shelley, BBO# 544334
                                       Senior Attorney


                                       /s/  Eloise P. Lawrence             .
                                       Eloise P. Lawrence, BBO# 655764
                                       Staff Attorney
                                       Conservation Law Foundation, Inc.
                                       62 Summer Street
                                       Boston, MA 02110-1016
                                       617-350-0990, ext. 736
                                       elawrence@clf.org

**Date:   April 24, 2006**