UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., )<br><br>Plaintiff, )<br>v. )<br><br>MITT ROMNEY, in his official capacity as GOVERNOR OF MASSACHUSETTS, et al., )<br><br>Defendants. ) | C.A. No. 05-10487-NG |

**JOINT STATEMENT PURSUANT TO FED. R. CIV. P. 26 (f)
AND LOCAL RULE 16.1(D)**

Counsel for the plaintiff and for the defendants have conferred pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B) and submit the following joint statement in anticipation of the scheduling conference to be held on May 31, 2006.

**CONFERENCE OF COUNSEL:**

A conference of counsel took place at The Conservation Law Foundation's offices, 62 Summer Street in Boston on Wednesday, May 10, 2006. The following counsel were present at the conference: Peter Shelley, Carrie Russell, and Eloise Lawrence on behalf of plaintiff Conservation Law Foundation ("CLF"); Pierce Cray, William Pardee and David Hadas on behalf of the State defendants; Elisabeth DeLisle

and Dean Richlin on behalf of the MBTA defendants; and Timothy Dacey and Gary Ronan on behalf of the Massachusetts Turnpike Authority defendants.

**DISCOVERY PLAN:**

Plaintiff and all defendants have substantially agreed on a proposed pretrial schedule. Under this schedule, plaintiff and defendants would spend the next three months preparing their initial disclosures and negotiating stipulations of fact. The parties make the following proposals for a schedule.

**A. Initial Disclosures**

Defendants requested additional time to prepare automatic disclosures. Plaintiff agreed to defendants' proposal that the deadline for automatic disclosures of individuals likely to have discoverable information be delayed until June 15, 2006. Plaintiffs also agreed to defendants' proposal that the deadline for automatic disclosure of categories and locations of documents, data compilations, and tangible things be delayed. All parties agreed on a deadline of June 30, 2006 for these disclosures for all parties.

**B. Negotiation of Stipulations**

All parties propose that negotiation of stipulations of fact should proceed between May 31, 2006 and September 8, 2006. Such negotiations are aimed at limiting the scope of necessary discovery and, if possible, reaching agreement on a case stated. In aid of this effort, the parties agree to exchange documents informally and to defer formal discovery of documents at least through the July 17, 2006 conference referenced below.

**C. Status Conference/Status Report**

All parties propose that a status conference be scheduled with the Court for the week of July 17, 2006. In the event that the process of negotiating stipulations is

advancing to the satisfaction of all parties, all parties propose that a status report be filed with the Court and the status conference be cancelled. Otherwise, the parties propose that the period for the negotiation of stipulations cease, that a joint statement for discovery be filed at least five business days before the scheduled status conference, and that the Court enter appropriate orders regarding such discovery schedule subsequent to the status conference.

### D. Deadline for Filing Stipulations

All parties propose a deadline of September 8, 2006 for filing with the Court the stipulations reached through negotiations.

### E. Joint Statement re: Discovery Schedule

All parties propose a deadline of September 8, 2006 for filing a joint statement with the Court regarding a schedule for discovery with respect to any remaining factual issues, including expert testimony, and a schedule for the filing of dispositive motions.

### F. Status Conference

All parties propose that a status conference be scheduled for the week of September 11, 2006 to discuss the discovery schedule.

### SETTLEMENT POSSIBILITIES:

Plaintiff sent a written settlement proposal to all defendants on May 16, 2006 in accordance with Local Rule 16.1(C).

**RULE 16.1 CERTIFICATIONS:**

The parties' Certifications pursuant to Local Rule 16.1(D)(3) are attached to this report.

| | |
|---|---|
| Dated: May 23, 2006 | Respectfully submitted, |
| CONSERVATION LAW FOUNDATION, | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY AND MICHAEL H. MULHERN |
| By its attorneys, | |
| /s/  Eloise Lawrence | By their attorneys, |
| Eloise Lawrence (BBO# 655764) | |
| Peter Shelley (BBO # 54434) | /s/__ Dean Richlin_____ |
| Carrie Russell (BBO# 660442) | Dean Richlin (BBO# 419200) |
| Conservation Law Foundation | Elisabeth Delisle (BBO# 658067) |
| 62 Summer Street | Foley Hoag LLP |
| Boston, MA 02110 | Seaport World Trade Center West |
| 617-350-0990 | 155 Seaport Boulevard |
| elawrence@clf.org | Boston, MA 02210 |
| pshelley@clf.org | (617) 832-1000 |
| crussell@clf.org | drichlin@foleyhoag.com |
| | edelisle@foleyhoag.com |
| THE MASSACHUSETTS TURNPIKE AUTHORITY AND MATTHEW J. AMORELLO | THOMAS F. REILLY ATTORNEY GENERAL |
| By their attorneys, | /s/____Pierce O. Cray_____ |
| | Pierce O. Cray (BBO# 104630) |
| /s/__Timothy Dacey_____ | David Hadas (BBO# 641294) |
| Timothy Dacey (BBO# 111800) | Assistant Attorney Generals |
| Gary M. Ronan (BBO# 653899) | Government Bureau |
| Goulston & Storrs, P.C. | One Ashburton Place, Room 2019 |
| 400 Atlantic Avenue | Boston, MA 02108 |
| Boston, MA 02110-3333 | (617) 727-2200 X 2619 |
| (617) 482-1776 | pierce.cray@ago.state.ma.us |
| tdacey@goulstonstorrs.com | david.hadas@ago.state.ma.us |
| gronan@goulstonstorrs.com | |
| | -AND- |
| | William L. Pardee (BBO# 389070) Assistant Attorney General |

4

Environmental Protection Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200 X 2419
bill.pardee@ago.state.ma.us

5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MITT ROMNEY, in his official )<br>capacity as GOVERNOR OF )<br>MASSACHUSETTS, et al., )<br>)<br>Defendants. ) | C.A. No. 05-10487-NG |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The Conservation Law Foundation has conferred with its counsel on behalf of the Conservation Law Foundation's members regarding the budget for the costs of conducting the full course--and various alternative courses--of the litigation of Civil Action No. 05-10487-NG and regarding the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 of the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

THE CONSERVATION LAW
FOUNDATION

By its authorized representative,

_____
Philip Warburg
President
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
617-350-0990
617-350-4030 (fax)

By its attorneys,

Eloise Lawrence (BBO# 655764)
Peter Shelley (BBO # 54434)
Carrie Russell (BBO# 660442)
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
617-350-0990
elawrence@clf.org

DATED: May 23, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CONSERVATION LAW
FOUNDATION, INC.,

            Plaintiff,

v.

MITT ROMNEY, in his official
capacity as GOVERNOR OF
MASSACHUSETTS, et al.,

            Defendants.

C.A. No. 05-10487-NG

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned counsel and party representative certify that they have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
David Hadas
*Counsel to State Defendants*

_____
Margaret R. Stolfa
*General Counsel, Massachusetts
Department of Environmental
Protection*

Date: May 22, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITT ROMNEY, in his official capacity as GOVERNOR OF MASSACHUSETTS, et al., <br><br> Defendants. | C.A. No. 05-10487-NG |

### LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned counsel and party representative certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
David Hadas
*Counsel to State Defendants*

_____
David Veator
*General Counsel, Executive Office of Transportation*

Date: May 19, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>MITT ROMNEY, in his official capacity as GOVERNOR OF MASSACHUSETTS, et al.,<br><br>     Defendants. | C.A. No. 05-10487-NG |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned counsel and party representative certify that they have conferred:

 (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

 (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
David Hadas
*Counsel to State Defendants*

_____
Brian J. Leske
*Deputy Chief Legal Counsel for Governor Mitt Romney*

**Date: May 19, 2006**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> MITT ROMNEY, in his official capacity as GOVERNOR OF MASSACHUSETTS, et al., <br><br> Defendants. | C.A. No. 05-10487-NG |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned counsel and party representative certify that they have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
David Hadas
*Counsel to State Defendants*

_____
Astrid Glynn
*General Counsel, Office of Commonwealth Development*

Date: May 19, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MITT ROMNEY, in his official capacity as )<br>GOVERNOR OF MASSACHUSETTS, et al., )<br>)<br>Defendants. )<br>) | C.A. No. 05-10487/NG |

## LOCAL RULE 16.1 CERTIFICATION OF THE MASSACHUSETTS BAY TRANSPORTATION AUTHORITY AND DANIEL GRABAUSKAS

In accordance with Local Rule 16.1(D) and this Court's March 28, 2006 Notice of Scheduling Conference and April 17, 2006 Electronic Order granting the Motion to Continue Scheduling Conference, the Massachusetts Bay Transportation Authority and Daniel Grabauskas, in his official capacity as General Manager of The Massachusetts Bay Transportation Authority, (the "MBTA Defendants") and their counsel affirm that they have conferred:

   a.   With a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and,

   b.   To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

B3205626.1

- 2 -

      Respectfully Submitted,

      THE MASSACHUSETTS BAY
      TRANSPORTATION AUTHORITY

      By its authorized representative,

      _____
      William Mitchell, General Counsel
      Jamey Tesler, Deputy General Counsel
      The Massachusetts Bay Transportation
      Authority
      10 Park Plaza, Room 2810
      Boston, MA 02116


      By its attorneys,

      _____
      Dean Richlin (BBO #419200)
      Elisabeth DeLisle (BBO # 658067)
      Foley Hoag LLP
      Seaport World Trade Center West
      155 Seaport Boulevard
      Boston, MA  02210
      (617) 832-1000

DANIEL GRABAUSKAS, in his official capacity as General Manager of the Massachusetts Bay Transportation Authority

By his authorized representative,

_____
William Mitchell, General Counsel
Jamey Tesler, Deputy General Counsel
The Massachusetts Bay Transportation Authority
10 Park Plaza, Room 2810
Boston, MA 02116


By his attorneys,

_____
Dean Richlin (BBO #419200)
Elisabeth DeLisle (BBO # 658067)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000

Dated: May 23, 2006

B3205626.1                              - 3 -

United States District Court
District of Massachusetts

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MITT ROMNEY, in his official capacity as ) <br> GOVERNOR OF MASSACHUSETTS; ) <br> *Et al.* ) <br> Defendants. ) <br> ) | Civil Action <br><br> No. 05-10487-NG |

## CERTIFICATION OF DEFENDANT
## MASSACHUSETTS TURNPIKE AUTHORITY
## PURSUANT TO LOCAL RULE 16.1(D)(3)

We certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course and alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

MASSACHUSETTS TURNPIKE AUTHORITY

By /s/ Michael R. Powers
Michael Powers, Authorized Representative

By /s/ Timothy J. Dacey
Timothy J. Dacey, BBO # 111800
Goulston & Storrs
*A professional corporation*
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

Dated: May 23, 2006