UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MITT ROMNEY, in his official capacity as ) <br> GOVERNOR OF MASSACHUSETTS, et al., ) <br> ) <br> Defendants. ) <br> ) | C.A. No.  05-10487/NG |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Randall E. Kromm as counsel for defendants the Massachusetts Bay Transportation Authority (the "MBTA") and Michael H. Mulhern, in his official capacity as General Manager of the MBTA, (collectively, the "MBTA Defendants") in the above-captioned matter.  The appearances of attorneys Dean Richlin and Elisabeth M. DeLisle of this firm, however, are not withdrawn and they remain as counsel for the MBTA Defendants.

Respectfully submitted,

/s/ Elisabeth M. DeLisle
Dean Richlin (BBO #419200)
Elisabeth M. Delisle (BBO #658067)
Foley Hoag LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
(617) 832-1000
edelisle@foleyhoag.com

DATED: May 25, 2006.

B3113058.3