UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
CONSERVATION LAW FOUNDATION, INC.,          )
                                            )
            Plaintiff,                      )
                                            )
    v.                                      )   CIVIL ACTION NO. 05-10487-NG
                                            )
MITT ROMNEY, in his Official Capacity as    )
GOVERNOR OF MASSACHUSETTS, et al.,          )
                                            )
            Defendants.                     )
_____)

## JOINT STATUS REPORT

Pursuant to the Court's Order of May 31, 2006 adopting the parties' May 23, 2006 Joint Statement Pursuant to Fed. R. Civ. P. 26(f) ("Joint Statement"), all parties submit this Joint Status Report. See Docket No. 51 (Joint Statement); May 31, 2006 Electronic Clerk's Notes (Order regarding Joint Statement). As provided in Part C of the Joint Statement's "Discovery Plan" section, all parties state that the process of negotiating stipulations is progressing to the satisfaction of all parties and that the provisionally scheduled July 10, 2006 status conference in this matter should therefore be canceled. See Joint Statement pp. 2-3. As further provided in Parts D through F of the Joint Statement's "Discovery Plan" section and the Court's May 31, 2006 Order thereon, the parties (1) will file all agreed-to stipulations and a joint statement regarding a discovery schedule for any remaining factual issues on September 8, 2006 and (2) will appear for a status conference to discuss the proposed discovery schedule for any remaining

factual issues on September 13, 2006 at 3:00 p.m.  See Joint Statement p. 3; May 31, 2006

Electronic Clerk's Notes.

| For the plaintiffs, | For the MBTA Defendants, |
|---|---|
| /s/ Peter Shelley | /s/ Dean Richlin |
| Eloise Lawrence (BBO # 655764) | Dean Richlin (BBO # 419200) |
| Peter Shelley (BBO # 54434) | Elisabeth DeLisle (BBO # 658067) |
| Carrie Russell (BBO # 660442) | Foley Hoag LLP |
| Conservation Law Foundation | Seaport World Trade Center West |
| 62 Summer Street | 155 Seaport Boulevard |
| Boston, MA  02110 | Boston, MA  02210 |
| (617) 350-0990 | (617) 832-1000 |
| elawrence@clf.org | drichlin@foleyhoag.com |
| pshelley@clf.org | edelisle@foleyhoag.com |
| crussell@clf.org | |
| | |
| For the State Defendants, | For the Massachusetts Turnpike Defendants, |
| | |
| THOMAS F. REILLY | |
| ATTORNEY GENERAL | |
| | |
| /s/ Pierce O. Cray | /s/ Timothy Dacey |
| Pierce O. Cray (BBO # 104630) | Timothy Dacey (BBO # 111800) |
| David Hadas (BBO # 641294) | Gary M. Ronan (BBO 653899) |
| Assistant Attorneys General | Goulston & Storrs, P.C. |
| Government Bureau | 400 Atlantic Avenue |
| One Ashburton Place, Room 2019 | Boston, MA  02110-3333 |
| Boston, MA 02108 | (617) 482-1776 |
| (617) 727-2200 ext. 2084 | tdacey@goulstonstorrs.com |
| pierce.cray@ago.state.ma.us | gronan@goulston.storrs.com |
| david.hadas@ago.state.ma.us | |

William L. Pardee (BBO # 389070)
Assistant Attorney General
Environmental Protection Division
100 Cambridge Street
Boston, MA 02114
(617) 727-2200 ext. 2419
bill.pardee@ago.state.ma.us

Date: July 6, 2006