UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MITT ROMNEY, in his official capacity )<br>as GOVERNOR OF MASSACHUSETTS, ET AL. )<br>)<br>Defendants )<br>) | C.A. NO. 05-10487 NG |

## NOTICE OF SUBSTITUTION OF PARTY

The Complaint in the above-captioned matter names as a party defendant Mathew J. Amorello in his official capacity as Chairman of the defendant Massachusetts Turnpike Authority. See Complaint, para. 20.

Pursuant to Rule 25(d)(1), Fed.R.Civ.P., please take notice that, on August 16, 2006, John Cogliano replaced Mathew Amorello as Chairman of the Massachusetts Turnpike Authority.

Respectfully submitted,

/s/ Timothy J. Dacey
Timothy J. Dacey (BBO #111800)
Gary M. Ronan (BBO #653899)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
phone: 617-482-1776
fax: 617-574-4112
tdacey@goulstonstorrs.com
gronan@goulstonstorrs.com

Dated: October 26, 2006

## Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 26, 2006.

        /s/ Timothy J. Dacey
        Timothy J. Dacey

1661574.1